UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| AARON MICHAEL SHIPLEY; | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-cv-1367 |
| | ) |
| TRANSPORTATION SECURITY ADMINISTRATION, | ) Removed from the Circuit Court for the Tenth Judicial Circuit, McLean County, Illinois, Case No. 2022-SC-703 |
| Defendant. | ) |

## NOTICE OF REMOVAL

The United States of America, on behalf of the Transportation Security Administration, by its undersigned attorney, Kimberly A. Klein, Assistant United States Attorney for the Central District of Illinois, respectfully represents that:

1. On October 17, 2022, the Chief Counsel's Office for the Transportation Security Administration, U.S. Department of Homeland Security, received via the Tyler Technologies state filing system electronic copies of a Small Claims Alias Summons, Proof of Service of Small Claims Summons and Small Claims Complaint, and three-page statement regarding a Claim for Overtime Compensation, in the matter of *Aaron Michael Shipley v. Transportation Security Administration*, filed in the Tenth Judicial Circuit for the State of Illinois, McLean County, as Case No. 2022-SC-703. A copy of these materials are attached hereto and incorporated herein as Exhibit 1.

2. On October 18, 2022, an attorney for the Transportation Security Administration, U.S. Department of Homeland Security, forwarded a copy of the

aforementioned materials via electronic mail to AUSA David H. Hoff, Civil Chief for the United States Attorney's Office for the Central District of Illinois, who then assigned the matter to the undersigned counsel.

3. According to the aforementioned three-page statement, the basis to this Small Claims action is that the Plaintiff, Aaron Michael Shipley, is seeking overtime pay under 29 U.S.C. § 216(b) against his employer, the Transportation Security Administration, U.S. Department of Homeland Security, a United States federal agency.

4. This Notice of Removal is authorized by Title 28 U.S.C. §§ 1442(a)(1), which provides:

> **(a)** A civil action or criminal prosecution that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> **(1) The United States or any agency thereof** or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, **for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue.** [emphasis added]

5. This Notice of Removal is further being brought in compliance with 28 U.S.C. § 1446(a) and (b).

6. The United States District Court for the Central District of Illinois, Peoria Division, is the correct venue for this removal.

WHEREFORE, the undersigned attorney, on behalf of the Transportation Security Administration, in compliance with Title 28 U.S.C. §§ 1442(a)(1), 1446(a), and

1446(b), hereby provides this Notice of Removal to this Court of the Small Claims Alias Summons and Complaint that are attached hereto as Exhibit 1 to this Notice of Removal, that are substantively incorporated herein, and that were filed with the Clerk of the Circuit Court for the Tenth Judicial Circuit, McLean County, Illinois in said Case No. 2022-SC-703.

        Respectfully submitted,

        GREGORY K. HARRIS
        UNITED STATES ATTORNEY

BY:  /s/Kimberly A. Klein
        Kimberly A. Klein, ARDC #6230077
        Assistant United States Attorney
        211 Fulton Street, Suite 400
        Peoria, Illinois 61602
        Telephone: 309/671-7050
        E-mail: Kimberly.Klein@usdoj.gov

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Central District of Illinois and is a person of such age and discretion as to be competent to serve papers. That on this 26th day of October 2022, she served a copy of the Notice of Removal, by placing said Notice in envelope with proper return of address and with postage prepaid addressed to the plaintiff and the following defendants at their last known addresses shown below and by depositing said envelopes and contents in the United States Mail at Urbana, Illinois.

  Aaron Michael Shipley
  602 E. Washington Street, No. 5
  Bloomington, IL 61701
  Plaintiff, *pro se*


  /s/Kimberly A. Klein
  Kimberly A. Klein, ARDC #6230077
  Assistant United States Attorney
  211 Fulton Street, Suite 400
  Peoria, Illinois 61602
  Telephone: 309/671-7050
  E-mail: Kimberly.Klein@usdoj.gov